IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID BRUCE FIGUEROA,

        Plaintiff,

    v.

KATE BROWN *et al.*,

        Defendants.

Case No. 6:21-cv-00079-SB

**ORDER OF DISMISSAL**

**HERNÁNDEZ, District Judge.**

    Plaintiff David Bruce Figueroa ("Figueroa"), a self-represented litigant in the custody of the Oregon Department of Corrections ("ODOC"), filed this action against (former) Governor Kate Brown and several ODOC officials (together, "Defendants") on January 19, 2021, alleging several claims related to Defendants' handling of the COVID-19 pandemic. (ECF No. 2.)

    On March 24, 2023, Defendants filed an unopposed motion to dismiss Figueroa's claims. (ECF No. 24.) Figueroa confirmed via email to the Court that he does not oppose dismissal of this action.

///

///

PAGE 1 – ORDER OF DISMISSAL

Therefore, the Court GRANTS Defendants' unopposed motion to dismiss (ECF No. 24) and dismisses this action without prejudice and without costs or fees to any party.

**IT IS SO ORDERED.**

DATED this 14 day of April 2023.

*Marco Hernández*
_____
HON. MARCO A. HERNÁNDEZ
Chief United States District Judge

PAGE 2 – ORDER OF DISMISSAL